IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUL 21 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR-20-190 R |
| -vs- | ) ) | |
| JIMMIE LEE CASE, | ) ) | Violations: 18 U.S.C. § 1365(a)<br>21 U.S.C. § 843(a)(3) |
| Defendant. | ) | |

### INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Tampering with a Consumer Product)**

From in or about July 2019 to in or about September 2019, in Canadian County, within the Western District of Oklahoma,

---------------------------------------- **JIMMIE LEE CASE,** ----------------------------------------

with reckless disregard for the risk that another person will be placed in danger of death and bodily injury and under circumstances manifesting extreme indifference to such risk, tampered with a consumer product, to wit: morphine and hydromorphone, that affected interstate commerce, by removing the morphine and hydromorphone from their original vials and replacing them with an unknown solution.

All in violation of Title 18, United States Code, Section 1365(a).

## COUNT 2
### (Obtaining a Controlled Substance by Deceit or Subterfuge)

From in or about July 2019 to in or about September 2019, in the Western District of Oklahoma,

-------------------------------------- **JIMMIE LEE CASE** --------------------------------------

did knowingly and intentionally acquire and obtain Schedule II controlled substances, to wit: morphine and hydromorphone, by deception and subterfuge.

All in violation of Title 21, United States Code, Section 843(a)(3), the penalty for which is found in Title 21, United States Code, Section 843(d)(1).

A TRUE BILL:

*Tanya Pausells*

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

*David P. Petermann*

DAVID P. PETERMANN
Assistant United States Attorney